

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00158-CV

**IN RE AVID WEALTH PARTNERS, LLC**, Jeremy Sagray, Michelle Sagray, JMAB, LLC, and Sagray Properties, LLC, Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: June 11, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On March 7, 2025, relators filed a petition for writ of mandamus and an emergency motion for temporary relief. On March 10, 2025, we granted relators' motion for temporary relief, stayed the trial, and requested the respondent and real parties in interest file a response to the petition. *See* TEX. R. APP. P. 52.4, 52.8(b)(1). On April 21, 2025, the real parties in interest filed a response. On April 28, 2025, the relators filed a reply to the response. After considering the petition, the response, and the reply, we conclude relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed in our order of March 10, 2025 is lifted.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CI06972, styled *Misty Moy, Individually, As Administratix of the Estate of Steven Moy, On Behalf of All Wrongful Death Beneficiaries and As Next Friend of K.M., C.M., and C.M., Minors*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Angelica Jimenez presiding.